## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SCHAEFER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN, MARTIN P. GALVAN, and G. MICHAEL LANDIS<br><br>Defendants. | Case No. 14-cv-05008-LFR |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff David Schaefer ("Plaintiff") hereby voluntarily dismisses his action, *Schaefer v. Lannett Company, Inc., et al.*, 14-cv-05008-LFR, brought before the United States District Court for the Eastern District of Pennsylvania, without prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated: September 29, 2014

Respectfully Submitted,

By: *Michael D. Donovan*
Michael D. Donovan
Noah Axler
**Donovan Axler, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: 215-732-6067
Facsimile: 215-732-8060
mdonovan@donovanaxler.com
naxler@donovanaxler.com

Approved!
*L. Restrepo*
L. Felipe Restrepo, J.
9/30/14

{00143807;1}

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
fmcconville@pomlaw.com

And,

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*