## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SCHAEFER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LANNETT COMPANY, INC., ARTHUR P. BEDROSIAN, MARTIN P. GALVAN, and G. MICHAEL LANDIS<br><br>Defendants. | Case No. 14-cv-05008-LFR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff David Schaefer ("Plaintiff") hereby voluntarily dismisses his action, *Schaefer v. Lannett Company, Inc., et al.*, 14-cv-05008-LFR, brought before the United States District Court for the Eastern District of Pennsylvania, with prejudice, as to all defendants. As grounds thereof, Plaintiff states that no defendant has filed an answer or a motion to dismiss to Plaintiff's action.

Dated: November 10, 2014        Respectfully Submitted,

                   By:     *Michael D. Donovan*_____
                             Michael D. Donovan
                             Noah Axler
                             **Donovan Axler, LLC**
                             1845 Walnut Street, Suite 1100
                             Philadelphia, PA 19103
                             Telephone: 215-732-6067
                             Facsimile: 215-732-8060
                             mdonovan@donovanaxler.com
                             naxler@donovanaxler.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Francis P. McConville
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
fmcconville@pomlaw.com

And,

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, a true and correct copy of the foregoing document was electronically filed using the Court's CM/ECF system and will therefore be served by electronic means via the Court's ECF Notification system upon all counsel of record.

Date: November 10, 2014

*s/ Michael D. Donovan*
Michael D. Donovan